AO 72A
(Rev. 8/82)

# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| NATHAN SMITH, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:18-cv-125 |
| v. | * | |
| MR. FNU PAGA; TIM WILLIAMS; SHERIFF LARRY DEAN; and FRANK MESSINA, in their individual and official capacities, | * | |
| Defendants. | * | |

### ORDER

The Court has conducted an independent and de novo review of the entire record and concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 9. Plaintiff did not file Objections to this Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Plaintiff's Complaint for failure to prosecute and failure to follow this Court's Orders, **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal,

and **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 7 day of July, 2019.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)